IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TROY A. TEETER, ) | Case No.1:11CV2376 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On November 3, 2011, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1).  This matter was referred to Magistrate Judge William H. Baughman, Jr. pursuant to Local Rule 72.2(b).  On December 12, 2012, the Magistrate Judge recommended that the final decision of the Commissioner be reversed and the matter remanded for further proceedings.(Dkt.#28).  On December 26, 2012, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating he will not be objecting.

Therefore, Magistrate Judge Baughman's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:1/4/2013      *S/Christopher A. Boyko*
                    CHRISTOPHER A. BOYKO
                    UNITED STATES DISTRICT JUDGE