**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TROY A. TEETER,** | ) | **CASE NO.1:11CV2376** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on Magistrate Judge Baughman's Report and Recommendation (ECF #37) granting in part and denying in part Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act.  (ECF #31).  Defendant has filed a Response to Report and Recommendation stating they will not be filing an objection.

Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge and grants in part and denies in part Plaintiff's Motion and authorizes the following payments:  Attorneys Roose and Schnaufer (original application): 28.6 hours

at $184.38 per hour – $5,273.27; Attorney Roose (supplemental application): 9 hours at $184.38 per hour – $1,659.42; Appellate assistant Shriver 2.2 hours at $40 per hour – $88.00,  payable directly to Plaintiff's counsel, Kirk B. Roose, pursuant to the Social Security Fee and Expense Agreement signed by Plaintiff.

       IT IS SO ORDERED.

                                        s/Christopher A. Boyko
Date: 9/18/2013                 CHRISTOPHER A. BOYKO
                                      United States District Judge